UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIRLASIE RAYSHON CURRY,<br><br>        Petitioner,<br><br>   v.<br><br>SHAWN HATTON, Warden,<br><br>        Respondent. | NO. CV 17-6417-GW (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed with prejudice.

DATED: September 29, 2021

                                      GEORGE H. WU
                                      United States District Judge